IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Karl Fugate,

    Plaintiff(s),

vs.

Ron Erdos, et al.,

    Defendant(s)

Case Number: 1:19cv30

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 9, 2019 (Doc. 34), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 23, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motions to dismiss (Docs. 9, 26) are GRANTED as to any claims for injunctive relief, insofar as plaintiff has agreed to voluntarily dismiss those claims without prejudice and has amended his complaint to do so. However, defendants motions to dismiss other claims against them in their individual capacities are DENIED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court