

AGO Response to Discovery Request
000088



AGO Response to Discovery Request
000089

| Date/Time | Inmate ID | Name | Facility | | | Cell | | | Contraband | Found | Officer | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/8/2017 10 32 00 AM | REDACTED | | SOCF | E | J1 | 13 | | | None | No | BATESM | co bates |
| 2/8/2017 10 32 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 2/8/2017 10 32 00 AM | | | SOCF | E | J1 | 20 | | | None | No | BATESM | co bates |
| 2/9/2017 2 24 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | GILLUMNM | Mandatory Shakedown C/O Parish, C/O Scott and Lt. Dyer |
| 2/9/2017 2 29 00 PM | REDACTED | | SOCF | E | J1 | 12 | | | None | No | GILLUMNM | Mandatory Shakedown C/O Parish, C/O Scott and Lt. Dyer |
| 2/9/2017 2 33 00 PM | | | SOCF | E | J1 | 13 | | | None | No | GILLUMNM | Mandatory Shakedown C/O Parish, C/O Scott and Lt. Dyer |
| 2/9/2017 2 36 00 PM | | | SOCF | E | J1 | 14 | | | None | No | GILLUMNM | Mandatory Shakedown C/O Parish, C/O Scott and Lt. Dyer |
| 2/9/2017 2 17 00 PM | | | SOCF | E | J1 | 16 | | | None | No | GILLUMNM | C/O N. Gillum Routine Shakedown |
| 2/9/2017 2 40 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | GILLUMNM | C/O N. Gillum Routine Shakedown on I/M REDACTED |
| 2/9/2017 2 40 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | GILLUMNM | Mandatory Shakedown on I/M REDACTED ] C/O Parish, C/O Scott and Lt. Dyer |
| 2/17/2017 8 28 00 AM | | | SOCF | E | J1 | 13 | | | None | No | BATESM | co bates |
| 2/17/2017 3 07 00 PM | | | SOCF | E | J1 | 12 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis |
| 2/17/2017 3 18 00 PM | | | SOCF | E | J1 | 20 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis |
| 2/17/2017 2 21 00 PM | | | SOCF | E | J1 | 16 | | | None | No | DAVISKJ | Routine shakedown C/O Davis |
| 2/17/2017 2 31 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis |
| 1/28/2017 7 04 00 AM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | SPRIGGSSM | co spriggs |
| 1/28/2017 7 04 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | SPRIGGSSM | co spriggs |
| 2/1/2017 1 47 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 2/1/2017 1 47 00 PM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |
| 2/1/2017 1 47 00 PM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 2/2/2017 10 34 00 AM | | | SOCF | E | J1 | 12 | | | None | No | BATESM | co spriggs |
| 2/7/2017 8 36 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co spriggs |
| 2/7/2017 8 36 00 AM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | BATESM | co spriggs |
| 2/7/2017 8 36 00 AM | | | SOCF | E | J1 | 13 | | | None | No | BATESM | co spriggs |
| 2/7/2017 8 36 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co spriggs |
| 2/8/2017 10 32 00 AM | | | SOCF | E | J1 | 18 | | | None | No | BATESM | co bates |
| 2/15/2017 8 32 00 AM | | | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |
| 2/15/2017 8 32 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 2/15/2017 8 32 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 2/15/2017 8 32 00 AM | | REDACTED | SOCF | E | J1 | 13 | | | None | No | BATESM | co bates |
| 1/20/2017 7 15 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 13 | | | None | No | SCAFFJR | Cell Search Conducted By - C.O. Collins |
| 1/20/2017 7 15 00 PM | | REDACTED | socf | E | J1 | Other | Other | Other | None | No | SCAFFJR | J-1 Cell 15 - I/M REDACTED Cell Search Conducted By C.O. Collins |
| 1/22/2017 3 44 00 PM | | | SOCF | E | J1 | 16 | | | None | No | HOWARDC | Random CO Howard |
| 1/22/2017 8 56 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 13 | | | None | No | HOWARDC | Random CO Howard |
| 1/22/2017 5 56 00 PM | | | SOCF | E | J1 | 03 | | | None | No | HOWARDC | Random CO Howard |
| 1/25/2017 7 11 00 AM | | REDACTED | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 1/25/2017 7 11 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 1/25/2017 7 11 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 13 | | | None | No | BATESM | co bates |
| 2/14/2017 7 44 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co spriggs |
| 2/14/2017 7 44 00 AM | | | SOCF | E | J1 | 12 | | | None | No | BATESM | co spriggs |
| 2/14/2017 7 44 00 AM | | REDACTED | SOCF | E | J1 | 14 | | | None | No | BATESM | co spriggs |
| 2/18/2017 1 18 00 PM | | | SOCF | E | J1 | 18 | | | None | No | BATESM | co bates |
| 2/18/2017 1 18 00 PM | | | SOCF | E | J1 | 16 | | | None | No | BATESM | co bates |
| 2/18/2017 1 18 00 PM | | | SOCF | E | J1 | 04 | | | None | No | BATESM | co bates |
| 2/18/2017 6 42 00 PM | | | SOCF | E | J1 | 18 | | | None | No | COLLINSDW | |
| 2/18/2017 6 42 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | COLLINSDW | I/m REDAC Search |
| 2/18/2017 6 42 00 PM | | | SOCF | E | J1 | 20 | | | None | No | COLLINSDW | |

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION ELECTRONIC SEARCH AND CONTRABAND LOG BOOK
SOUTHERN OHIO CORRECTIONAL FACILITY
UNIT: E  DORM: J1
DATE RANGE: 01/18/2017 12:00 AM TO 02/18/2017 12:00 AM

| Date & Time | OID | Name | Institution | Unit | Dorm | Bed | Section | Bay | Type | Conduct Report | Officer | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/2017 9 31 00 AM | | REDACTED | SOCF | E | J1 | 03 | | | None | No | BATESM | co bates |
| 1/21/2017 9 31 00 AM | | | SOCF | E | J1 | 06 | | | None | No | BATESM | co spriggs |
| 1/21/2017 9 31 00 AM | | | SOCF | E | J1 | 16 | | | None | No | BATESM | co bates |
| 1/22/2017 9 21 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 13 | | | None | No | BARNEYMA | |
| 1/24/2017 10 24 00 AM | | REDACTED | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 1/24/2017 10 24 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 13 | | | None | No | BATESM | co bates |
| 1/24/2017 10 24 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 1/27/2017 7 19 00 AM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |
| 1/27/2017 7 19 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 1/27/2017 7 19 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 1/27/2017 2 32 00 PM | | REDACTED | SOCF | E | J1 | 06 | | | None | No | SCAFFJR | Cell search conducted by - C/O Scaff |
| 1/27/2017 7 10 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | SCAFFJR | Cell Search Conducted By - C/O Cullum, Supervisor's Present During Cell Search. |
| 1/27/2017 7 20 00 PM | | REDACTED | socf | E | J1 | Other | Other | Other | None | No | SCAFFJR | J-1 Cell 15  REDACTED Cell Search Conducted By - C/O Cullum, Supervisor's Present During Cell Search. |
| 1/27/2017 7 15 00 PM | | | SOCF | E | J1 | 12 | | | None | No | SCAFFJR | Cell Search Conducted By - C/O Cullum Supervisor's Present During Cell Search. |
| 2/3/2017 7 34 00 PM | | | SOCF | E | J1 | 12 | | | None | No | GILLUMNM | Mandatory Shakedown C/O N. Gillum, C/O S. Schuyler and Lt. Boggs |
| 2/3/2017 7 39 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | GILLUMNM | Mandatory Shakedown on I/M REDACTED C/O N. Gillum, C/O S. Schuyler and Lt. Boggs |
| 2/3/2017 7 29 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | GILLUMNM | Mandatory Shakedown C/O N. Gillum, C/O S. Schuyler and Lt. Boggs |
| 2/4/2017 9 36 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | SPRIGGSSM | co spriggs |
| 2/4/2017 9 36 00 AM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | SPRIGGSSM | co spriggs |
| 2/4/2017 9 36 00 AM | | | SOCF | E | J1 | 14 | | | None | No | SPRIGGSSM | co spriggs |
| 2/10/2017 9 06 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 2/10/2017 9 06 00 AM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |
| 2/10/2017 9 06 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 2/10/2017 2 25 00 PM | | | SOCF | E | J1 | 13 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis |
| 2/10/2017 2 55 00 PM | | | SOCF | E | J1 | 14 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis |
| 2/10/2017 2 48 00 PM | | | SOCF | E | J1 | 16 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis cell 17 I/M REDACTED Shakedown not conducted on I/M REDACTED I/M REDACTED not in the shakedown log |
| 2/11/2017 9 29 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co spriggs |
| 2/11/2017 9 29 00 AM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | BATESM | co spriggs |
| 2/11/2017 9 29 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co spriggs |
| 2/16/2017 1 23 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BARNETTBL | Cell search |
| 2/16/2017 1 23 00 AM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | BARNETTBL | Cell search |
| 2/16/2017 1 23 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BARNETTBL | Cell search |
| 2/16/2017 11 32 00 AM | | | SOCF | E | J1 | 12 | | | None | No | BATESM | co spriggs |
| 2/16/2017 11 32 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co spriggs |
| 2/16/2017 11 32 00 AM | | REDACTED | SOCF | E | J1 | 14 | | | None | No | BATESM | co spriggs |
| 2/16/2017 2 17 00 PM | | | SOCF | E | J1 | 16 | | | None | No | JOHNSONJC | C/O Henson Routine |
| 2/16/2017 3 02 00 PM | | | SOCF | E | J1 | 20 | | | None | No | JOHNSONJC | C/O Henson Routine |
| 2/16/2017 2 45 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | JOHNSONJC | C/O Henson Routine shakedown of I/M REDACTED ) Cell 17 |
| 1/19/2017 9 02 00 PM | | | SOCF | E | J1 | 16 | | | None | No | UHRIGTE | shake down c/o cullum |
| 1/19/2017 9 02 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | UHRIGTE | I/m REDACTED shakedown conducted by c/o Cullum |
| 1/19/2017 9 02 00 PM | | | SOCF | E | J1 | 06 | | | None | No | UHRIGTE | shake down c/o cullum |
| 1/20/2017 2 59 00 PM | | | SOCF | E | J1 | 06 | | | None | No | SCAFFJR | Search Conducted By C.O. Scaff |
| 1/20/2017 2 44 00 PM | | | SOCF | E | J1 | 16 | | | None | No | SCAFFJR | Search Conducted By C.O. Scaff |
| 1/20/2017 2 17 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | SCAFFJR | J-1 Cell 2 - REDACTED Search Conducted By C.O. Scaff |
| 1/26/2017 12 06 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co sprigs and lt dyer |
| 1/26/2017 12 06 00 PM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | BATESM | co sprigs lt dyer |
| 1/26/2017 12 06 00 PM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co sprigs lt dyer |
| 1/26/2017 2 41 00 PM | | | SOCF | E | J1 | 12 | | | None | No | HENSONKW | Rogers |
| 1/26/2017 2 41 00 PM | | | SOCF | E | J1 | 16 | | | None | No | HENSONKW | Rogers |
| 2/2/2017 8 42 00 AM | | | SOCF | E | J1 | 03 | | | None | No | BATESM | co bates |
| 2/2/2017 10 34 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co spriggs |
| 2/2/2017 10 34 00 AM | | REDACTED | SOCF | E | J1 | 14 | | | None | No | BATESM | co spriggs |
| 2/2/2017 2 15 00 PM | | | SOCF | E | J1 | 14 | | | None | No | JOHNSONJC | C/O Henson Routine |
| 2/2/2017 4 16 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | JOHNSONJC | C/O Henson Routine shakedown cell 13 before I/M REDACTED moved in |
| 2/2/2017 2 45 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | JOHNSONJC | C/O Henson Routine shakedown cell 17 I/M REDACTED |
| 2/3/2017 5 59 00 AM | | | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |
| 2/3/2017 9 59 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 2/3/2017 9 59 00 AM | | REDACTED | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 2/3/2017 2 17 00 PM | | | SOCF | E | J1 | 14 | | | None | No | GILLUMNM | C/O N. Gillum Routine Shakedown |
| 2/3/2017 2 22 00 PM | | | SOCF | E | J1 | 16 | | | None | No | GILLUMNM | C/O N. Gillum Routine Shakedown |
| 2/8/2017 10 32 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 2/8/2017 10 32 00 AM | | REDACTED | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |



AGO Response to Discovery Request
000088



AGO Response to Discovery Request
000089

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION ELECTRONIC SEARCH AND CONTRABAND LOG BOOK
SOUTHERN OHIO CORRECTIONAL FACILITY
UNIT: E  DORM: J1
DATE RANGE: 01/18/2017 12:00 AM TO 02/18/2017 12:00 AM

| Date & Time | OID | Name | Institution | Unit | Dorm | Bed | Section | Bay | Type | Conduct Report | Officer | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/2017 9 31 00 AM | REDACTED | | SOCF | E | J1 | 03 | | | None | No | BATESM | co bates |
| 1/21/2017 9 31 00 AM | | | SOCF | E | J1 | 06 | | | None | No | BATESM | co spriggs |
| 1/21/2017 9 31 00 AM | | | SOCF | E | J1 | 16 | | | None | No | BATESM | co bates |
| 1/22/2017 9 21 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 13 | | | None | No | BARNEYMA | |
| 1/24/2017 10 24 00 AM | REDACTED | | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 1/24/2017 10 24 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 13 | | | None | No | BATESM | co bates |
| 1/24/2017 10 24 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 1/27/2017 7 19 00 AM | REDACTED | | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |
| 1/27/2017 7 19 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 1/27/2017 7 19 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 1/27/2017 2 32 00 PM | REDACTED | | SOCF | E | J1 | 06 | | | None | No | SCAFFJR | Cell search conducted by - C/O Scaff |
| 1/27/2017 7 10 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | SCAFFJR | Cell Search Conducted By - C/O Cullum, Supervisor's Present During Cell Search. |
| 1/27/2017 7 20 00 PM | REDACTED | | socf | E | J1 | Other | Other | Other | None | No | SCAFFJR | J-1 Cell 15   REDACTED Cell Search Conducted By - C/O Cullum, Supervisor's Present During Cell Search. |
| 1/27/2017 7 15 00 PM | | | SOCF | E | J1 | 12 | | | None | No | SCAFFJR | Cell Search Conducted By - C/O Cullum Supervisor's Present During Cell Search. |
| 2/3/2017 7 34 00 PM | | | SOCF | E | J1 | 12 | | | None | No | GILLUMNM | Mandatory Shakedown C/O N. Gillum, C/O S. Schuyler and Lt. Boggs |
| 2/3/2017 7 39 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | GILLUMNM | Mandatory Shakedown on I/M REDACTED C/O N. Gillum, C/O S. Schuyler and Lt. Boggs |
| 2/3/2017 7 29 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | GILLUMNM | Mandatory Shakedown C/O N. Gillum, C/O S. Schuyler and Lt. Boggs |
| 2/4/2017 9 36 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | SPRIGGSSM | co spriggs |
| 2/4/2017 9 36 00 AM | REDACTED | | SOCF | E | J1 | 12 | | | None | No | SPRIGGSSM | co spriggs |
| 2/4/2017 9 36 00 AM | | | SOCF | E | J1 | 14 | | | None | No | SPRIGGSSM | co spriggs |
| 2/10/2017 9 06 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 2/10/2017 9 06 00 AM | REDACTED | | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |
| 2/10/2017 9 06 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 2/10/2017 2 25 00 PM | | | SOCF | E | J1 | 13 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis |
| 2/10/2017 2 55 00 PM | | | SOCF | E | J1 | 14 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis |
| 2/10/2017 2 48 00 PM | | | SOCF | E | J1 | 16 | | | None | No | DAVISKJ | Routine Shakedown C/O Davis cell 17 I/M REDACTED Shakedown not conducted on I/M REDACTED I/M REDACTED not in the shakedown log |
| 2/11/2017 9 29 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co spriggs |
| 2/11/2017 9 29 00 AM | REDACTED | | SOCF | E | J1 | 12 | | | None | No | BATESM | co spriggs |
| 2/11/2017 9 29 00 AM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co spriggs |
| 2/16/2017 1 23 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BARNETTBL | Cell search |
| 2/16/2017 1 23 00 AM | | | SOCF | E | J1 | 12 | | | None | No | BARNETTBL | Cell search |
| 2/16/2017 1 23 00 AM | REDACTED | | SOCF | E | J1 | 14 | | | None | No | BARNETTBL | Cell search |
| 2/16/2017 11 32 00 AM | | | SOCF | E | J1 | 12 | | | None | No | BATESM | co spriggs |
| 2/16/2017 11 32 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co spriggs |
| 2/16/2017 11 32 00 AM | REDACTED | | SOCF | E | J1 | 14 | | | None | No | BATESM | co spriggs |
| 2/16/2017 2 17 00 PM | | | SOCF | E | J1 | 16 | | | None | No | JOHNSONJC | C/O Henson Routine |
| 2/16/2017 3 02 00 PM | | | SOCF | E | J1 | 20 | | | None | No | JOHNSONJC | C/O Henson Routine |
| 2/16/2017 2 45 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | JOHNSONJC | C/O Henson Routine shakedown of I/M REDACTED ) Cell 17 |
| 1/19/2017 9 02 00 PM | | | SOCF | E | J1 | 16 | | | None | No | UHRIGTE | shake down c/o cullum |
| 1/19/2017 9 02 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | UHRIGTE | I/m REDACTED shakedown conducted by c/o Cullum |
| 1/19/2017 9 02 00 PM | | | SOCF | E | J1 | 06 | | | None | No | UHRIGTE | shake down c/o cullum |
| 1/20/2017 2 59 00 PM | | | SOCF | E | J1 | 06 | | | None | No | SCAFFJR | Search Conducted By C.O. Scaff |
| 1/20/2017 2 44 00 PM | | | SOCF | E | J1 | 16 | | | None | No | SCAFFJR | Search Conducted By C.O. Scaff |
| 1/20/2017 2 17 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | SCAFFJR | J-1 Cell 2 - REDACTED Search Conducted By C.O. Scaff |
| 1/26/2017 12 06 00 PM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co sprigs and lt dyer |
| 1/26/2017 12 06 00 PM | REDACTED | | SOCF | E | J1 | 12 | | | None | No | BATESM | co sprigs lt dyer |
| 1/26/2017 12 06 00 PM | | | SOCF | E | J1 | 14 | | | None | No | BATESM | co sprigs lt dyer |
| 1/26/2017 2 41 00 PM | | | SOCF | E | J1 | 12 | | | None | No | HENSONKW | Rogers |
| 1/26/2017 2 41 00 PM | | | SOCF | E | J1 | 16 | | | None | No | HENSONKW | Rogers |
| 2/2/2017 8 42 00 AM | | | SOCF | E | J1 | 03 | | | None | No | BATESM | co bates |
| 2/2/2017 10 34 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co spriggs |
| 2/2/2017 10 34 00 AM | REDACTED | | SOCF | E | J1 | 14 | | | None | No | BATESM | co spriggs |
| 2/2/2017 2 15 00 PM | | | SOCF | E | J1 | 14 | | | None | No | JOHNSONJC | C/O Henson Routine |
| 2/2/2017 4 16 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | JOHNSONJC | C/O Henson Routine shakedown cell 13 before I/M REDACTED moved in |
| 2/2/2017 2 45 00 PM | | | socf | E | J1 | Other | Other | Other | None | No | JOHNSONJC | C/O Henson Routine shakedown cell 17 I/M REDACTED |
| 2/3/2017 9 59 00 AM | | | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |
| 2/3/2017 9 59 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 2/3/2017 9 59 00 AM | REDACTED | | SOCF | E | J1 | 14 | | | None | No | BATESM | co bates |
| 2/3/2017 2 17 00 PM | | | SOCF | E | J1 | 14 | | | None | No | GILLUMNM | C/O N. Gillum Routine Shakedown |
| 2/3/2017 2 22 00 PM | | | SOCF | E | J1 | 16 | | | None | No | GILLUMNM | C/O N. Gillum Routine Shakedown |
| 2/8/2017 10 32 00 AM | A528949 | KARL FUGATE | SOCF | E | J1 | 11 | | | None | No | BATESM | co bates |
| 2/8/2017 10 32 00 AM | REDACTED | | SOCF | E | J1 | 12 | | | None | No | BATESM | co bates |

| Date/Time | ID | Name | Loc | | | | | | Officer | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/8/2017 10:32:00 AM | | REDACTED | SOCF | E | J1 | 13 | | None | No | BATESM co bates |
| 2/8/2017 10:32:00 AM | | REDACTED | SOCF | E | J1 | 14 | | None | No | BATESM co bates |
| 2/8/2017 10:32:00 AM | | REDACTED | SOCF | E | J1 | 20 | | None | No | BATESM co bates |
| 2/9/2017 2:40:00 PM | A528343 | KARL FUGATE | SOCF | E | J1 | 11 | | None | No | GILLUMNM Mandatory Shakedown C/O Parish, C/O Scott and Lt. Dyer |
| 2/9/2017 2:29:00 PM | | REDACTED | SOCF | E | J1 | 12 | | None | No | GILLUMNM Mandatory Shakedown C/O Parish, C/O Scott and Lt. Dyer |
| 2/9/2017 2:33:00 PM | | REDACTED | SOCF | E | J1 | 13 | | None | No | GILLUMNM Mandatory Shakedown C/O Parish, C/O Scott and Lt. Dyer |
| 2/9/2017 2:36:00 PM | | REDACTED | SOCF | E | J1 | 14 | | None | No | GILLUMNM Mandatory Shakedown C/O Parish, C/O Scott and Lt. Dyer |
| 2/9/2017 2:17:00 PM | | REDACTED | SOCF | E | J1 | 16 | | None | No | GILLUMNM C/O N. Gillum Routine Shakedown |
| 2/9/2017 2:40:00 PM | | REDACTED | sod | E | J1 | Other | Other | None | No | GILLUMNM C/O N. Gillum Routine Shakedown |
| 2/9/2017 2:40:00 PM | | REDACTED | SOCF | E | J1 | Other | Other | None | No | GILLUMNM Mandatory Shakedown on J/M REDACTED ] C/O Parish, C/O Scott and Lt. Dyer |
| 2/17/2017 8:28:00 AM | | REDACTED | SOCF | E | J1 | 12 | | None | No | BATESM co bates |
| 2/17/2017 3:07:00 PM | | REDACTED | SOCF | E | J1 | 13 | | None | No | DAVISKJ Routine Shakedown C/O Davis |
| 2/17/2017 3:18:00 PM | | REDACTED | SOCF | E | J1 | 20 | | None | No | DAVISKJ Routine Shakedown C/O Davis |
| 2/17/2017 2:31:00 PM | | REDACTED | SOCF | E | J1 | 16 | | None | No | DAVISKJ Routine Shakedown C/O Davis |
| 1/28/2017 7:04:00 AM | | REDACTED | SOCF | E | J1 | 11 | | None | No | DAVISKJ Routine Shakedown C/O Davis |
| 1/28/2017 7:04:00 AM | A528349 | KARL FUGATE | SOCF | E | J1 | 12 | | None | No | SPRIGGSSM co spriggs |
| 2/1/2017 1:47:00 PM | A528349 | KARL FUGATE | SOCF | E | J1 | 11 | | None | No | SPRIGGSSM co spriggs |
| 2/1/2017 1:47:00 PM | | REDACTED | SOCF | E | J1 | 12 | | None | No | BATESM co bates |
| 2/2/2017 10:34:00 AM | | REDACTED | SOCF | E | J1 | 14 | | None | No | BATESM co bates |
| 2/7/2017 8:36:00 AM | A528343 | KARL FUGATE | SOCF | E | J1 | 11 | | None | No | BATESM co spriggs |
| 2/7/2017 8:36:00 AM | | REDACTED | SOCF | E | J1 | 12 | | None | No | BATESM co spriggs |
| 2/7/2017 8:36:00 AM | | REDACTED | SOCF | E | J1 | 13 | | None | No | BATESM co spriggs |
| 2/7/2017 8:36:00 AM | | REDACTED | SOCF | E | J1 | 14 | | None | No | BATESM co spriggs |
| 2/8/2017 10:32:00 AM | | REDACTED | SOCF | E | J1 | 18 | | None | No | BATESM co bates |
| 2/15/2017 8:32:00 AM | | REDACTED | SOCF | E | J1 | 11 | | None | No | BATESM co bates |
| 2/15/2017 8:32:00 AM | A528349 | KARL FUGATE | SOCF | E | J1 | 12 | | None | No | BATESM co bates |
| 2/15/2017 8:32:00 AM | | REDACTED | SOCF | E | J1 | 14 | | None | No | BATESM co bates |
| 2/15/2017 8:32:00 AM | A528349 | REDACTED | SOCF | E | J1 | 13 | | None | No | BATESM co bates |
| 1/20/2017 7:15:00 PM | A528349 | KARL FUGATE | SOCF | E | J1 | 13 | Other | None | No | SCAFFIR Cell Search Conducted By: C.O. Collins |
| 1/20/2017 7:15:00 PM | | REDACTED | socf | E | J1 | Other | Other | None | No | SCAFFIR J-1 Cell 15 - I/M REDACTED Cell Search Conducted By C.O. Collins |
| 1/22/2017 5:56:00 PM | A528349 | KARL FUGATE | SOCF | E | J1 | 16 | | None | No | HOWARDC Random CO Howard |
| 1/22/2017 5:56:00 PM | | REDACTED | SOCF | E | J1 | 03 | | None | No | HOWARDC Random CO Howard |
| 1/25/2017 7:11:00 AM | | REDACTED | SOCF | E | J1 | 11 | | None | No | HOWARDC Random CO Howard |
| 1/25/2017 7:11:00 AM | | REDACTED | SOCF | E | J1 | 14 | | None | No | BATESM co bates |
| 1/25/2017 7:11:00 AM | A528349 | KARL FUGATE | SOCF | E | J1 | 13 | | None | No | BATESM co bates |
| 2/14/2017 7:44:00 AM | A528349 | KARL FUGATE | SOCF | E | J1 | 11 | | None | No | BATESM co spriggs |
| 2/14/2017 7:44:00 AM | | REDACTED | SOCF | E | J1 | 12 | | None | No | BATESM co spriggs |
| 2/14/2017 7:44:00 AM | | REDACTED | SOCF | E | J1 | 14 | | None | No | BATESM co spriggs |
| 2/8/2017 1:18:00 PM | | REDACTED | SOCF | E | J1 | 18 | | None | No | BATESM co bates |
| 2/8/2017 1:18:00 PM | | REDACTED | SOCF | E | J1 | 16 | | None | No | BATESM co bates |
| 2/8/2017 1:18:00 PM | | REDACTED | SOCF | E | J1 | 04 | | None | No | BATESM co bates |
| 2/18/2017 6:42:00 PM | | REDACTED | SOCF | E | J1 | 18 | | None | No | COLINSDW co bates |
| 2/18/2017 6:42:00 PM | | REDACTED | SOCF | E | J1 | Other | Other | None | No | COLINSDW I/m REDACTED Search |
| 2/18/2017 6:42:00 PM | | REDACTED | SOCF | E | J1 | 20 | | None | No | COLINSDW |

AGO Response to Discovery Request 000099

From: Whitman, James
Sent: Wednesday, January 18, 2017 10:17 AM
To: Bell, Harold <Harold.Bell@odrc.state.oh.us>; Lewis, Domar <Domar.Lewis@odrc.state.oh.us>; Clark, Darrold <darrold.clark@odrc.state.oh.us>; Daniel, Gary <gary.daniel@odrc.state.oh.us>; Frazie, Phillip <Phillip.Frazie@odrc.state.oh.us>
Subject:
Per Warden Erdos Inmate Fugate is to be shookdown at the beginning of every shift!!!
Capt. J.D. Whitman

Please note that an e-mail message, or a portion thereof, may be releasable as a public record in accordance with Chapter 149 of the Ohio Revised Code.


Please note that an e-mail message, or a portion thereof, may be releasable as a public record in accordance with Chapter 149 of the Ohio Revised Code.

Get Outlook for iOS

5-24-20

Dear Clerk for the U.S. District Court,

Please find enclosed my "Motion for Summary Judgment" in Case No. 1:19-cv-00030. Please file with the Court, and if you would return a stamped copy to me I'd appreciate it. Thank-you.

Sincerely,

Karl Fugate #A528-949
O.S.P.
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

· ecfile ·



**Dave Yost**
Ohio Attorney General

Criminal Justice Section
Office: 614-644-7233

March 31, 2020

Karl Fugate, #A528-949
Ohio State Penitentiary
878 Coitsville-Hubbard Road
Youngstown, OH 44505



Re: *Fugate v. Erdos*
Case No. 1:19-cv-30

Dear Mr. Fugate:

This letter is in response to the "Fourth Request for Discovery", in which you have made requests for production of documents. In regards to request #3 consisting of:

"All documents and records as to who ordered the Plaintiff to be stripped three times a day, from 1-18-17 to 1-16-17, and who actualy conducted the strip searches and shakedowns on these day's and shifts: the stripp out's and searches would have to be done with the white shirt in charge for that shift present, along with shift C.O's for the J-1 Block and any ____ C.O's that they have for that shift. Paper work work be done by the C.O's for the J1 Block on shift. For example, second shift C.O's was C.O ERVING and C.O Hall. If I gave them any problem's or, if they found anything, or, if, I GAVE no problem's, Paper work would be done and sent to the warden. When HE would make his rounds, I would ask, when is the strip out's going to stop? He would tell me when he feel's like it, or, when I stop giving the C.O's problems dearing the strip out's. One time, C.O Fri came in and tore up all my paper work and I cussed him out. Paper work was done about that incident the warden made round's, he told me the strip out's would not stop because I had did that. It was told to Plaintiff by Lt. Heyward. First shift C.O's, second shift's C.O's. It's a memo per the Warden Ron Erdos that Plaintiff be stripped and searched every shift. Evry C.O. and white shirt told Plaintiff the same thing. Where is all this paper work that was done by the white shirt's and C.O's alike? <u>The Plaintiff is requesting this paper work and the memo be located and sent right away.</u> (Sic)"



From: Whitman, James
Sent: Wednesday, January 18, 2017 10:17 AM
To: Bell, Harold <Harold.Bell@odrc.state.oh.us>; Lewis, Domar <Domar.Lewis@odrc.state.oh.us>; Clark, Darrold <darrold.clark@odrc.state.oh.us>; Daniel, Gary <gary.daniel@odrc.state.oh.us>; Frazie, Phillip <Phillip.Frazie@odrc.state.oh.us>
Subject:
Per Warden Erdos Inmate Fugate is to be shookdown at the beginning of every shift!!!
Capt. J.D. Whitman

Please note that an e-mail message, or a portion thereof, may be releasable as a public record in accordance with Chapter 149 of the Ohio Revised Code.

Please note that an e-mail message, or a portion thereof, may be releasable as a public record in accordance with Chapter 149 of the Ohio Revised Code.

Get Outlook for iOS

AGO Response to Discovery Request
000097