IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Karl Fugate,

    Plaintiff,

    v.

Ronald Erdos,

    Defendants, et.al.

Case No. 1:19-cv-00030

Judge Matthew McFarland

Magistrate Judge Bowman

## DECLARATION OF RONALD ERDOS

1. I have personal knowledge of the facts contained in this Declaration. I am competent to testify to the matters stated herein.

2. It is my understanding that Plaintiff has alleged that it would be impossible for an inmate, celled in a slammer-cell in J-1, to be smuggled contraband. During my time at SOCF, during a search, contraband has been found on an inmate who was located on J-1, in a slammer cell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2020.

_____
Ronald Erdos, Warden of SOCF