

EXHIBIT

# Medical Exam Report

Facility: SOCF:Southern Ohio Correctional Facility

Date: 1/17/2017

Inmate Name: FUGATE                                                    Inmate Number: A528949

| Type of Event: | | Accident | | Fight | x | Use of Force/Assault on Staff Member |
|---|---|---|---|---|---|---|

**Subjection Evaluation:**

"I wanted to go to OSP"

**Objective Physical Findings:**

Adult male, alert and oriented, respirations even and unlabored. Pupils PERRLA bilaterally, clear speech during encounter, FROM noted to neck, LROM noted to jaw. Abrasion present to mid forehead. Laceration present to right lateral brow. Edema and pink discoloration present above right ear. Edema and pink discoloration present to left lateral orbit and top of left lateral jaw. Ambulatory to infirmary with steady gait, no complaints of dizziness or reported loss of consciousness. FROM noted to extremities and digits.

**Vital signs:**

P 88 BP 148/90 O2 99% T 97.8

**Treatment:**

Laceration to right brow cleansed with normal saline and steri strips applied for closure. Vital signs completed with neuro check. Full body assessment completed. ALP contacted for assessment of injuries and referral for treatment. Ibrupofen given x800mg PO for pain and discomfort. Ice offered for edema to orbit and above ear. Sent to OSU ER by squad per ALP Conley instruction.

Nurse signature: *JReuey RN*

Date: 1/17/2017    Time: 1130am

**Disposition:**

| | Released to Housing Unit | | Admit to Infirmary | x | Transported to Hospital ER |
|---|---|---|---|---|---|

DRC 5251

AGO Response to Discovery Requ[est]
000[?]