# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| KARL FUGATE, | : |
| | : Case No. 1:19-CV-00030 |
| Plaintiff, | : |
| | : JUDGE MATTHEW W. McFARLAND |
| v. | : |
| | : Magistrate Judge Stephanie K. Bowman |
| RON ERDOS, et al., | : |
| | : |
| Defendants. | : |

### DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DOC. 80]

Defendants move the Court for a second thirty (30) day extension of time, until April 7, 2021, in which to file their Objections to the Magistrate Judge's Report and Recommendation [Doc. 80], journalized on January 22, 2021. The attached memorandum supports Defendants' Motion.

Respectfully submitted,
DAVE YOST
Ohio Attorney General

*s/Thomas E. Madden*
THOMAS E. MADDEN (0077069)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad St., 23rd Floor
Columbus, Ohio 43215
(614) 644-7233; Fax: (866) 239-5489
thomas.madden@ohioattorneygeneral.gov

*Trial Counsel for Defendants*

**MEMORANDUM**

The Court journalized its Report and Recommendation (R&R) on January 22, 2021. Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. § 636(b)(1)(C) provides fourteen (14) days to file objections to a Magistrate Judge's R&R. [Doc. 80]. Defendants, through counsel, requested an extension of time to file objections to Doc. 80, which was granted by this Court on February 5, 2021. [Notation Order 81a] Defendants objections, if made, are currently due March 8, 2021.

However, due to an unexpected medical emergency, Undersigned is unable to devote the necessary time to this matter.

Undersigned's intention to seek mediation in this case continues to be reviewed.

Therefore, due to this unexpected situation, Undersigned seeks an extension of an additional thirty (30) days in which to file Defendants Objections to the Magistrate Judge's Report and Recommendations. [Doc. 80].

Fed. R. Civ. P. 6(b)(1)(A) provides that a court may extend the date for the doing of an act upon a showing of good cause if the request is made within the time remaining for the act to be performed. Here, the Objections, if they are to be filed at all, are not due until March 8, 2021, and this request is being made within the time remaining for Objections to be timely filed.

Therefore, undersigned requests an extension of time to file Objections, if any, until no later than thirty (30) additional days, or until Monday, April 7, 2021.

Respectfully submitted,
DAVE YOST
Ohio Attorney General


*s/Thomas E. Madden*
THOMAS E. MADDEN (0077069)
Senior Assistant Attorney General

2

          Criminal Justice Section
          Corrections Litigation Unit
          30 E. Broad St., 23rd Floor
          Columbus, Ohio 43215-6001
          (614) 644-7233; Fax: (866) 239-5489
          thomas.madden@ohioattorneygeneral.gov

          *Trial Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendants' Second Motion for an Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation [Doc. 80]* was filed via electronic transmission on March 3, 2021, and was sent by regular, first-class mail to Karl Fugate, #A528-949, Ohio State Penitentiary, 878 Coitsville-Hubbard Road, Youngstown, OH 44505.

          *s/Thomas E. Madden*
          THOMAS E. MADDEN (0077069)
          Senior Assistant Attorney General