# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| KARL FUGATE, | : | |
| | : | Case No. 1:19cv30 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| v. | : | |
| | : | Magistrate Judge Bowman |
| RONALD ERDOS, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Ronald Erdos, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Order (Doc. 89), adopting the Magistrate Judge's Report and Recommendation (Doc. 80), granting in part, and denying in part, Defendant's Motion for Summary Judgment, which included qualified immunity, entered in this action on September 28, 2021.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

/s/ *Thomas E. Madden*
THOMAS E. MADDEN (0077069)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street – 23rd Floor
Columbus, Ohio 43215
Tel:  (614) 995-3234
thomas.madden@OhioAGO.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appeal* was electronically filed on October 28, 2021. Notice of this filing was served by regular U.S. mail, postage prepaid, to Karl Fugate, #A528-949, Ohio State Penitentiary, 878 Coitsville-Hubbard Road, Youngstown, OH 44505.  Parties may access this filing through the Court's system.

/s/ *Thomas E. Madden*
Thomas E. Madden (0077069)
Senior Assistant Attorney General