UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KARL FUGATE,**

      **Plaintiff,**

  v.

**RON ERDOS,** *et al.***,**

      **Defendants.**

:

:

:

**Case No. 1:19-cv-30**
**Judge Sarah D. Morrison**
**Magistrate Judge Peter B. Silvain, Jr.**

## ORDER

The Court finds that this is an opportune time to attempt to resolve this case extrajudicially. Mr. Fugate has previously reported difficulty in finding counsel to represent him (*see* ECF Nos. 12, 46, 87), and the Court concludes, in its discretion, that appointment of counsel is warranted to make a mediation as productive as possible.

The Court **APPOINTS** David J. Butler and James D. Abrams, Esqs., of Taft, 41 S. High Street, Suite 1800, Columbus, Ohio 43215-6106 (614.221.2838), as counsel for Mr. Fugate for the limited purpose of representing him at a Court-scheduled mediation. Messrs. Butler and Abrams are experienced litigators and have agreed to accept this limited-scope representation. Mr. Fugate and his counsel remain free to discuss the terms and scope of the appointment. Mr. Fugate is **ADVISED** that if he accepts this appointment of counsel, he must remain in prompt communication with his counsel.

2

Counsel for the parties are **ORDERED** to meet and confer regarding dates and times for a Court-scheduled mediation with Magistrate Judge Chelsey M. Vascura and to submit a joint status report regarding the same on or before December 5, 2022. The Court expects the mediation will be scheduled for a time in January or February 2023.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**