# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KARL FUGATE,**

    **Plaintiff,**

                              **Civil Action 1:19-cv-30**
                              **Judge Sarah D. Morrison**
    **v.**                              **Magistrate Judge Peter B. Silvain, Jr.**

**RON ERDOS,** *et al.***,**

    **Defendants.**

## ORDER

Pursuant to Federal Rule of Civil Procedure 16(a)(5) and (c)(2), the parties must appear for an in-person settlement conference **FRIDAY, JANUARY 20, 2023, at 10:00 a.m.**, 85 Marconi Boulevard, Room 172, Columbus, Ohio, 43215, before the Honorable Chelsey M. Vascura. The trial attorney for each party must attend the conference, and the parties or principals with settlement authority shall be present. Parties and Counsel should arrange their schedules to be available the entire day. Lack of discovery or settlement authority will not excuse active participation in the conference.

    **IT IS SO ORDERED**.

                                                        /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE