THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | | |
|---|---|---|---|
| Karl Fugate, | : | Case No: | 1:19-cv-30 |
| | : | | |
| Plaintiff, | : | Judge Sarah D. Morrison | |
| v. | : | | |
| | : | Magistrate Judge Sylvain | |
| | : | | |
| Ron Erdos, *et al.,* | : | | |
| Defendants. | : | | |

### JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

The parties hereby notify this Court of the dismissal of the within case and all claims, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  Further, Judge Morrison shall retain jurisdiction to resolve disputes arising from enforcement of the Settlement Agreement.

Respectfully Submitted,

*/s/ James D. Abrams*
JAMES D. ABRAMS(0075968)
jabrams@taftlaw.com
DAVID J. BUTLER (0068455)
dbutler@taftlaw.com
Taft, Stettinius & Hollister LLP
41 S. High Street, Suite 1800
Columbus OH 43215-4213
Telephone:  (614) 221-2838
Facsimile:  (614) 221-2007

*Counsel for Plaintiff*

*/s/ John H. Bates*
JOHN H. BATES (0061179)
John.Bates@OhioAGO.gov
Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 East Broad St., 23rd Floor
Columbus, Ohio 43215
Tel: (614) 466-0380
*Trial Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Joint Stipulation of Dismissal* was filed electronically with the court and was served by the Court's electronic filing system this 22nd day of May upon counsel of record.

*/s/ James D. Abrams*
Attorney at law

127345521v1